AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

MUNOZ, individually, and on behalf of all others similary )
*Plaintiff* )
v. ) Case No.
MARATHON HEALTH, LLC )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MIGUEL MUNOZ, individually, and on behalf of all others similary situated .

Date: 11/04/2026

*Attorney's signature*

Donald Poynter
*Printed name and bar number*

POYNTER & BUCHERI, LLC
4202 Madison Avenue
Indianapolis, IN 46227
*Address*

don@pb-law.com
*E-mail address*

(317) 780-8000
*Telephone number*

(317) 780-7050
*FAX number*